# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2014

147670

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

        SC: 147670
        COA: 309987
        Oakland CC: 2011-237303-FH

EARL CANTRELL CARRUTHERS,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 11, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2014



Clerk

p0604